997 A.2d 1150

COMMONWEALTH of Pennsylvania, Respondent

v.

Stanley ROEBUCK, Petitioner.

Supreme Court of Pennsylvania.

July 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of July, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, reframed for clarity, is:

Whether it is possible, as a matter of law, to be convicted as an accomplice to third-degree murder?

Justice ORIE MELVIN did not participate in the decision of this matter.